**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| JOHN PEREZ AND RAYNA PEREZ, HIS WIFE | : | No. 280 WAL 2020 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| | : | |
| JOSEPH C. MAROON, M.D.; UPMC; UPMC | : | |
| PRESBYTERIAN; UPMC PRESBYTERIAN- | : | |
| SHADYSIDE; AND TRI-STATE | : | |
| NEUROSURGICAL ASSOCIATES - UPMC | : | |
| | : | |
| | : | |
| PETITION OF: RAYNA PEREZ | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of February, 2021, the Petition for Allowance of Appeal

is **DENIED**.

     Justice Wecht did not participate in the consideration or decision in this matter.